**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        August 2, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP., and                    William B. Ney
TRADEMARK INTERNATIONAL, INC.,

        Plaintiffs,

v.

COMMUNITY CONNECTICUT, LLC.,                                                    Gregory A. Goodman
d/b/a Connecticut Trade Association,
WILLIAM RIGGS and
ANNETTE RIGGS,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**10:30 a.m.        Court in session.**

**ORDERED:    Motion to Postpone or Stay Hearing on Pending Motion to Dismiss, filed 8/1/2011
                        [9], is moot, hearing held.**

Court's preliminary remarks.

Mr. Ney explains the barter exchange business and answers questions regarding the franchise agreement
(fees / revenues).

Argument by Mr. Goodman.

**ORDERED:    Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed
                        7/18/2011 [6], is denied.**

**10:49 a.m.        Court in recess.**

Hearing concluded.  Total time: 19 min.