**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-01530-RPM

**TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,**

    Plaintiffs,

v.

**COMMUNITY CONNECT, LLC, d/b/a COMMUNITY CONNECT TRADE ASSOC.,
WILLIAM RIGGS, and
ANNETTE RIGGS,**

    Defendants.

### ORDER

This matter comes before this Court on **DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS OR STAY FOR LACK OF RIPENESS, OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND COUNTERCLAIMS** [12] filed today, it is

**ORDERED** that Defendants' Motion for Leave is DENIED, but Defendants' alternative Motion for Extension of Time to File Answer and Counterclaims, until August 29, 2011, is GRANTED.

**DATED** this 16th day of August, 2011.

                BY THE COURT

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Court Judge