IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

    Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

    Defendants and Third-Party Plaintiffs,

v.

JOHN DAVIS,
TODD GERRY,
VALERIS HALE,
DAVID HAYDEN, and
MARCY YAFFEE,

    Third-Party Defendants.

_____

ORDER DISMISSING THIRD-PARTY COMPLAINT
_____

On September 12, 2011, Community Connect, LLC, William Riggs and Annette Riggs filed a Third-Party Complaint against John Davis, Todd Gerry, Valerie Hale, David Hayden, and Marcy Yaffee as third-party defendants.  The third-party defendants moved to dismiss the third-party complaint on October 7, 2011.  The third-party plaintiffs filed a response on October 28, 2011, and a reply in support of the motion to dismiss was filed November 10, 2011.

The third-party complaint does not meet the requirements of Fed.R.Civ.P. 14 and must be dismissed on that basis alone. Additionally, the third-party complaint does not have sufficient factual allegations to support personal jurisdiction over the third-party defendants and because it alleges that all of the third-party defendants are in Georgia, venue for the third-party complaint is improper. The third-party plaintiffs' response indicates the possible filing of an additional counterclaim but that filing would be improper in this civil action.

Finally, the allegations of the third-party complaint are insufficient to state a cognizable claim against the third-party defendants. Essentially, the third-party complaint alleges that the franchise agreements are void because of misrepresentations to the franchise brokers and affidavits from various persons in that position have been submitted. Those allegations are not to be litigated in this civil action.

Accordingly, it is

ORDERED that the third-party complaint is dismissed.

DATED:   November 23rd, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge