IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

     Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

     Defendants.

_____

ORDER ON DEFENDANTS MOTION FOR RULE 11 SANCTIONS
_____

     On October 31, 2011, the third-party defendants John Davis, Todd Gerry, Valerie Hale, David Hayden and Marcy Yaffee filed a Motion for Rule 11 Sanctions and the response of the third-party plaintiffs was filed November 14, 2011.  Because the filed papers indicate the motion raises questions about the conduct of counsel for the plaintiffs and the defendants and because a hearing would require the submission of evidence that may affect this Court's ability to proceed to adjudicate the merits of this civil action, it is now

     ORDERED that a ruling on the Motion for Rule 11 Sanctions will not be made until there has been an adjudication of the merits of this civil action and an opportunity for an evidentiary hearing after an adjudication.

DATED: November 23rd, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge