IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

    Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

    Defendants.

_____

## ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **March 18, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that a trial preparation conference is set for **February 1, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: September 18th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge