IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                  February 25, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-01530-RPM

| | |
|---|---|
| TRADEBANK INTERNATIONAL FRANCHISING CORP., and TRADEMARK INTERNATIONAL, INC., | William Brent Ney |
| Plaintiffs, | |
| v. | |
| COMMUNITY CONNECTICUT, LLC., d/b/a Connecticut Trade Association, WILLIAM RIGGS and ANNETTE RIGGS, | Gregory A. Goodman |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trial Preparation Conference**

**11:00 a.m.        Court in session.**

Discussion regarding related Georgia litigation.
Mr. Ney states the case has been resolved (Porter's answer stricken and default judgment entered in the amount of $186,000.00).
Mr. Ney further states that Mr. Porter's deposition has been taken.

Discussion regarding case facts (accounts-broker companies, contracts-restricted covenants).
Discussion regarding damages (loss of customers - revenue and loss of value).

Discussion regarding witnesses.
Counsel state depositions of Mr. and Mrs. Riggs have been scheduled.

Court advise counsel that the issue of disgorgement is an equitable remedy for the court to determine.

**ORDERED:**   Motion in Limine to Exclude Testimony of Harold Rice [36], is granted.

              **Motion in Limine to Exclude Evidence Regarding Unrelated Lawsuits [37], is granted.**

February 25, 2013
11-cv-01530-RPM

**ORDERED:** **Motion in Limine Regarding Alleged Statements of Farmer Franchisees [38], is granted.**

**Motion in Limine to Exclude Evidence Regarding Alleged Unenforceability of Franchise Agreement [39], is granted.**

**Motion in Limine Regarding Use Of In Judicio Admissions By Gregory Goodman [40], is granted.**

**Plaintiffs' Motion to Dismiss Defendants' Second, Fourth and Fifth Counterclaims [41], is granted.**

**Court instructs counsel to confer to organize the case for trial and to prepare a proposed pretrial order.**

**ORDERED:** **Trial scheduled March 18, 2013 is vacated.**
**A pretrial conference will be set upon submission of a proposed pretrial order.**

**11:20 a.m.** **Court in recess.**

Hearing concluded.  Total time:  20 min.