## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                December 6, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP., and          William Brent Ney
TRADEMARK INTERNATIONAL, INC.,

     Plaintiffs,

v.

COMMUNITY CONNECT, LLC.,                                Gregory A. Goodman
d/b/a Connecticut Trade Association,
WILLIAM RIGGS and
ANNETTE RIGGS,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Second Motion for Contempt**

**2:56 p.m.      Court in session.**

Court's preliminary remarks.

Argument by Mr. Ney.

Argument by Mr. Goodman.

Oral motion to continue trial and time for defendants' to obtain substitute counsel by Mr. Goodman.
Mr. Goodman states he agrees to pay plaintiffs' costs with respect to the canceling of the scheduled deposition.
Mr. Goodman states the defendants' business is still in operation.

Rebuttal argument by Mr. Ney.
Mr. Ney answers questions regarding the status of the judgment entered against Mr. Porter and states that his anticipated testimony has been preserved by the taking of his deposition.

Further statements by Mr. Goodman.
Mr. Goodman states he will file a motion to withdraw by December 9, 2013.

December 6, 2013
11-cv-01530-RPM

**ORDERED:** **December 16, 2013 Jury Trial is vacated.**
**Plaintiff's Second Motion for Contempt [83], is taken under advisement.**
**Court instructs Mr. Goodman to file with the Court a notice to the defendants with his anticipated motion to withdraw.**

**3:43 p.m.** **Court in recess.**

Hearing concluded.  Total time: 47 min.