IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

      Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

      Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAWAL AND 30 DAYS FOR DEFENDANTS
TO OBTAIN NEW COUNSEL OR TO FILE A STATUS REPORT
_____

After review of Gregory Goodman's Motion and Amended to Withdraw as Counsel for Defendants, filed December 12, 2013 [90] and [91] , it is

ORDERED that the motions are granted [90] and [91]. Mr. Goodman is relieved of any further responsibilities in this matter. It is

FURTHER ORDERED that defendants have to and including January 13, 2014 to obtain new counsel and inform the Court by the filing of an entry of appearance or a status report explaining their efforts to obtain counsel.

DATED: December 13th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge