IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

     Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

     Defendants.

_____

ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO SECURE LEGAL COUNSEL
_____

Upon review of Defendants' status report filed January 13, 2014 [94], asking for additional time to secure legal counsel, it is

ORDERED that defendants' are granting additional time, to and including February 13th, 2014, to obtain new legal counsel.

DATED:    January 15th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge