IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

       Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

       Defendants.

_____

## ORDER SETTING TRIAL DATE
_____

       Pursuant to the status conference held March 25, 2014, it is

       ORDERED that this matter is set for trial to jury on **August 4, 2014, at 8:30 a.m.,**

in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx .

       DATED:   March 26th, 2014

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior District Judge