IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

       Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

       Defendants.

_____

## ORDER VACATING TRIAL DATE AND SETTING PRETRIAL CONFERENCE
_____

Due to a conflict in the Court's calendar, the August 4, 2014, trial date is vacated.

Upon review of the file, the Court determines that a pretrial conference should be

scheduled and it is now

ORDERED that a pretrial conference is scheduled for **July 28, 2014, at 10:30 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for

Preparation and Submission of Final Pretrial Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx .  The proposed Final Pretrial Order, original only, shall be

delivered in paper form directly to chambers by **4:00 p.m.** on **July 24, 2014.**   The

conference is conducted with lead counsel present in person.  No parties or representatives

of parties will be permitted to attend.

DATED:    July 8th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge