IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

      Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

      Defendants.

## ORDER SETTING TRIAL DATE

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **October 6, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

DATED:   July 28th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge