IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01530-RPM

TRADEBANK INTERNATIONAL FRANCHISING CORP. and
TRADEBANK INTERNATIONAL, INC.,

      Plaintiffs,

v.

COMMUNITY CONNECT, LLC, D/B/A Community Connect Trade Assoc.,
WILLIAM RIGGS, and
ANNETTE RIGGS,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the notice of Mutual Dismissal with Prejudice, filed August 15, 2014 [114], it is

ORDERED that this civil action and all claims asserted are dismissed with prejudice.

DATED:    August 15th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge